[No. 28629-7-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAHN AARON DIVORNE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-00067-7, Frederick B. Hayes, J., entered April 1, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Bridgewater, J.

[Nos. 28908-3-II; 30268-3-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY L. WARFIELD, *Appellant*.

Appeals from a judgment of the Superior Court for Mason County, No. 01-1-00341-1, James B. Sawyer II, J., entered May 28, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Houghton, JJ.

[No. 29131-2-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRA MARC HAGINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05013-5, Frederick W. Fleming, J., entered July 19, 2002. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 29194-1-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON *on the Relation of J.P.P.*, *Respondent*, v. THOMAS EARL DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-5-00067-1, David E. Foscue, J., entered August 7, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Armstrong, JJ.